

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00213-CV

| | | |
|---|---|---|
| SERVICE CORPORATION INTERNATIONAL, GREGORY W. SPENCER FUNERAL DIRECTORS, AND DIGNITY MEMORIAL NETWORK, INC., Appellants | § § | On Appeal from the 342nd District Court of Tarrant County (342-320822-20) |
| v. | § | March 2, 2023 |
| TONYEKA WILLIAMS-BIRDOW, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this court's opinion.

It is further ordered that appellee Tonyeka Williams-Birdow shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
　　Justice Dana Womack